

**Menter, Rudin & Trivelpiece, P.C.**
Counselors At Law

A. Solomon Menter
1910-1978

Peter L. Hubbard

J. Scott Finlay

Antonio E. Caruso

Jeffrey A. Dove

F. Paul Vellano, Jr.

Mitchell J. Katz

Kevin M. Newman

Addison F. Vars III

Marcy Robinson Dembs

James H. McGowan

Thomas J. Fucillo

Robert F. Silkey

Vic J. Kopnitsky, Jr.

Joseph W. Russell

Julian B. Modesti

Steven B. Alderman

Donald P. Colella

Frances A. Grimaldi

Dawn Simmons Norris

Robert G. Bennett

Susan Basile Janowski

Josephine Yang-Patyi

James C. Thoman

Of Counsel:
John D. Simpson*

*also admitted
in Ontario, Canada

October 26, 2005

Hon. Frederick J. Scullin, Jr., Chief Judge
United States District Court
P.O. Box 7255
100 South Clinton Street
Syracuse, New York  13261

Re:   Jana-Rock Construction, Inc. v.
      City of Syracuse
      Civil Action No.: 05-CV-1191
      Our File: 25719-16455

Dear Judge Scullin:

Before sending this letter to you, I have reviewed the content of this letter with James P. McGinty, Esq., counsel for the City of Syracuse. There are currently pending before you the plaintiff's motion for default judgment and the City's motions to vacate the entry of default and to dismiss. The motions were originally returnable before you on November 11 and 25, respectively. Thereafter, the motions were consolidated for a return on November 11, 2005.

Jana-Rock has agreed to withdraw its motion for entry of a default judgment. The City has agreed to withdraw its motions to vacate the entry of default and to dismiss. As to the motion to dismiss, withdrawal is without prejudice. Jana-Rock will serve and file an amended complaint. With the Court's permission, the City will then have thirty days to answer or move against the amended complaint. This should, for the time being, resolve all issues between the parties.

Respectfully,

MENTER, RUDIN & TRIVELPIECE, P.C.

Vic J. Kopnitsky, Jr.
vkopnits@menterlaw.com

VJK/ead

SO ORDERED

FREDERICK J. SCULLIN, JR.
U.S. DISTRICT JUDGE
10/27/05

Suite 500 • 500 South Salina Street • Syracuse, New York 13202-3300
Phone (315) 474-7541 • Fax (315) 474-4040

Suite 500 • 120 Washington Street • Watertown, New York 13601-3330
Phone (315) 786-7950 • Fax (315) 786-7852

www.menterlaw.com